(November 13, 1970)

█ The People of the State of New York, Respondent, v. Walter Lee Moore, Jr., Appellant.—

Herlihy, P. J., Reynolds, Aulisi, Staley, Jr., and Greenblott, JJ., concur.